```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #:_____
                                              DATE FILED: 1/26/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re Merrill Lynch Auction Rate Securities
Litigation
------------------------------------------------------X
This Document Relates To:
No. 09 Civ. 5403 (LAP)

COMMUNITY TRUST BANK, INC.,
                        Plaintiff,

        -against-

MERRILL LYNCH, PIERCE, FENNER
& SMITH INC.,
                       Defendant.
------------------------------------------------------X

09 **MD** 2030 (LAP)

**JUDGMENT**

       Defendant having moved to dismiss the Second Amended Complaint, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on January 24, 2011, having rendered its Memorandum and Order granting defendant's motion to dismiss in its entirety, and dismissing plaintiff's claims with prejudice, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 24, 2011, defendant's motion to dismiss is granted in its entirety, and plaintiff's claims are dismissed with prejudice; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:** New York, New York
          January 26, 2011

                                              **RUBY J. KRAJICK**
                                               Clerk of Court
                             **BY:**
                                                 _____
                                                 **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____